# United States Court of Appeals

## For the First Circuit

_____

No. 01-2348


MEDICAL AIR TECHNOLOGY CORPORATION,

Plaintiff, Appellant,

v.

MARWAN INVESTMENT, INC.; MARWANI HOLDING COMPANY, N.V.;
MULTIFINANCE HOLDING CORPORATION; AND DR. K. PHILIP RAHBANY,

Defendants, Appellees.

_____


**ERRATA SHEET**

The opinion of this court, issued August 14, 2002, should be amended as follows:


page 8, line 4:        delete "," after "statements"

page 13, line 2:    replace "plaintiffs" with "plaintiff"

page 24, line 17:    replace "leader" with "lender"